IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Wapniarski, Gerald Edward | Case Number: 07 B 10984 |
|---|---|---|
| | Wapniarski, Theresa Rachel | Judge: Wedoff, Eugene R |
| | Printed: 9/3/08 | Filed: 6/20/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: July 17, 2008
Confirmed: August 23, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 5,746.00 | |
| Secured: | | 5,416.68 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 329.32 |
| Other Funds: | | 0.00 |
| Totals: | 5,746.00 | 5,746.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 2. | Three Arch Capital | Secured | 0.00 | 0.00 |
| 3. | Chase Home Finance | Secured | 13,758.00 | 5,416.68 |
| 4. | ECast Settlement Corp | Unsecured | 134.08 | 0.00 |
| 5. | United States Dept Of Education | Unsecured | 4,010.48 | 0.00 |
| 6. | Discover Financial Services | Unsecured | 5,940.97 | 0.00 |
| 7. | Jefferson Capital Systems LLC | Unsecured | 1,056.27 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 4,716.96 | 0.00 |
| 9. | Jefferson Capital Systems LLC | Unsecured | 2,436.47 | 0.00 |
| 10. | Sallie Mae | Unsecured | 3,787.30 | 0.00 |
| 11. | Bass & Associates | Unsecured | | No Claim Filed |
| 12. | Bass & Associates | Unsecured | | No Claim Filed |
| 13. | Children's Memorial Hospital | Unsecured | | No Claim Filed |
| 14. | Childrens Surgical Foundation | Unsecured | | No Claim Filed |
| 15. | KCA Financial Services | Unsecured | | No Claim Filed |
| 16. | MacNeal Health Network | Unsecured | | No Claim Filed |
| 17. | Sallie Mae | Unsecured | | No Claim Filed |
| 18. | MacNeal Health Network | Unsecured | | No Claim Filed |
| 19. | Genesis Clinical Lab | Unsecured | | No Claim Filed |
| 20. | Union Acceptance Corporation | Unsecured | | No Claim Filed |
| 21. | Dept Of Education | Unsecured | | No Claim Filed |
| | | | $ 35,840.53 | $ 5,416.68 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Wapniarski, Gerald Edward<br>Wapniarski, Theresa Rachel<br>Printed: 9/3/08 | Case Number: 07 B 10984<br>Judge: Wedoff, Eugene R<br>Filed: 6/20/07 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 216.74 |
| 6.5% | 112.58 |
| | _____ |
| | $ 329.32 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

